**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SEIU LOCAL No. 1 HEALTH FUND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PREMIER MANAGEMENT SERVICES,** | ) |
| **INC.,** | ) |
| | ) |
| **Defendant.** | ) |

1:22-cv-00556

## COMPLAINT

**NOW COMES** Plaintiff, Service Employees International Union LOCAL No. 1 HEALTH FUND (the "Fund"), by and through its Attorneys Susan M. Matta and Naomi Frisch of Asher, Gittler, & D'Alba, Ltd., and complains of Defendant, Premier Management Services, Inc., and states as follows:

1.      This action is brought under the provisions of Sections 502(g)(1), (a)(3), of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g)(1), (a)(3).

2.      Jurisdiction in this Court is based upon Sections 502(e)(1) and 502(e)(2) of ERISA, 29 U.S.C. §§ 1132(e)(1) and (e)(2), which states in relevant part:

> Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

3.      The Fund receives contributions from numerous employers, including Defendant, pursuant to collective bargaining agreements heretofore entered into between Service Employees International Union Local 1, Residential Division ("Union") and the Apartment Building Owners and Managers Association of Illinois ("ABOMA"), of which Defendant is a member. The Fund

is maintained and administered in accordance with and pursuant to the provisions of Section

302(c)(5) of the National Labor Relations Act, as amended, ERISA, other applicable federal law,

and provisions of a certain Restated Agreement and Declaration of Trust ("Trust Agreement").

      4.      The Fund office is located at 1431 Opus Place, Suite 350, Downers Grove,

Illinois, 60515, and the Fund is administered in the Northern District of Illinois.

      5.      As provided in the Trust Agreement, Plaintiffs are required to receive, hold, and

manage all monies required to be contributed to the Fund in accordance with the provisions of

the then applicable Collective Bargaining Agreements for the uses and purposes set forth in the

Trust Agreement.

      6.      Defendant is incorporated in the State of Illinois and employs employees covered

by the aforementioned bargaining agreements at 227-237 E Delaware Place, Chicago, IL 60611.

      7.      Defendant is engaged in an industry affecting commerce and its registered agent

is Joel E. Rosenstein, who is located at 543 Clavey Ct, Highland Park, IL, 60035.

      8.      Defendant is an employer as defined by ERISA, 29 USC § 1002(5), and employs

or has employed persons represented for collective bargaining purposes by the Union and agreed

to be bound by the Collective Bargaining Agreement or agreements referred to herein, by the

terms of which Defendant was required to contribute to the Fund.

      9.      By the Trust Agreement and Fund Collection Policy's terms, to which Defendant

is bound, the Fund has the right to conduct randomized audits to determine whether contributions

are owed, in accordance with its terms.

      10.      The Fund, on its behalf, and on behalf of all employees for whose benefit the

Fund was established, have requested Defendant to perform its obligations by submitting

materials to the Fund's auditors necessary for the performance of the audit for the payroll period

of January 1, 2018 through December 30, 2020 in reference to Defendant's employees who work

at 227-237 E. Delaware Place, but Defendant has refused and failed to perform as herein alleged.

11.     Defendant has failed to cooperate with this audit request, which Defendant is

required to comply with under the terms of the Collective Bargaining Agreements incorporated

therein.

12.     On November 9, 2021, the Fund demanded that Defendant comply with the audit

request.  To date, no response has been provided.

13.     The Audit was requested in accordance with the Fund's unqualified right to seek

enforcement of Defendant's obligations under the Collective Bargaining Agreements and

ERISA. 29 USC § 1132.

14.     The Fund, in its behalf, and on behalf of all employees for whose benefit the Fund

was established, has requested Defendant to perform its obligations, but Defendant has refused

and failed to perform as herein alleged.

15.     The Fund is without an adequate remedy at law and will suffer immediate,

continuing and irreconcilable injury and damage unless Defendant is ordered to specifically

perform all of its obligations required under the Collective Bargaining Agreements and the Trust

Agreement, and is restrained from continuing to refuse to perform as required.

16.     Defendant's failure to comply is a violation of the Collective Bargaining

Agreements and the Trust Agreement. The Fund, therefore, seeks enforcement of these

provisions pursuant to Section 502(g)(1) and (a)(3) of ERISA, 29 U.S.C. §§ 1132(g)(1), (a)(3).

WHEREFORE, the Fund prays:

(a)     That judgment be entered in favor of the Fund and against Defendant, and that

3

Defendant be ordered to perform its obligations under the Collective Bargaining

Agreements and Trust Agreement, including the submission of required materials

to the Fund's auditors as required for the completion of the audit.

(b)      That the Fund be awarded its costs, including reasonable attorney's fees and costs

incurred in the prosecution of this action as provided in the Collective Bargaining

Agreements and under the applicable provisions of ERISA, as amended;

(c)      For such other and further relief as the Court may determine just and proper.

Dated: January 31, 2022                                      Respectfully Submitted,


                                                            */s/ Naomi Frisch*
                                                            One of Plaintiffs' Attorneys

Susan M. Matta
IL ARDC #:6276653
Naomi Frisch
IL ARDC #: 6328429
Asher, Gittler, & D'Alba, Ltd.
200 West Jackson Blvd., Ste. 720
Chicago, Illinois 60606
Phone: (312) 263-1500
Fax: (312) 263-1520
smm@ulaw.com
naomi@ulaw.com